# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DENZELL SINGLETON

## DEFENDANTS
City of Attleboro, Attleboro Police Department, Chief Kyle P. Heagney, Officer Luke Harrington, et al.

(b) County of Residence of First Listed Plaintiff: **Suffolk**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Bristol**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
James M. Caramanica, 120 N. Main St., Suite 306, Attleboro, MA 02703, 508-222-0096.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [x] 1 / DEF [x] 1
Incorporated or Principal Place of Business In This State: DEF [x] 4

## IV. NATURE OF SUIT
[x] 440 Other Civil Rights

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 42 U.S.C. sec. 1983
Brief description of cause: Excessive use of force claim against municipality and police officers.

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 300,000.00
JURY DEMAND: [x] Yes

## VIII. RELATED CASE(S) IF ANY

DATE: 7/7/2021
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY